DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONOVAN EDWARDS** and **RON ROTHSTEIN,**
Appellants,

v.

**HSBC BANK USA, NATIONAL ASSOCIATION,** as Trustee for
**DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-AR2**,
Appellee.

No. 4D2025-0604

[October 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary Farmer, Judge; L.T. Case No. CACE17-014121.

Donovan Edwards and Ron Rothstein, Hollywood, pro se.

Richard S. McIver of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***